**GOTTLIEB & ASSOCIATES**
ATTORNEYS

150 E. 18th St., Suite PHR • New York, NY 10003
Tel (212) 228-9795 • Fax (212) 982-6284
NYJG@aol.com

February 14, 2023

<u>VIA ECF</u>
The Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

                Re:    *Murphy v. Queens University Of Charlotte,*
                        <u>Case No.: 1:23-cv-446</u>

Dear Judge Schofield,

      The undersigned represents James Murphy ("Plaintiff") in the above referenced matter against Defendant, Queens University Of Charlotte, ("Defendant") (collectively the "Parties"). We write, with Defendant's consent, to inform the Court that the Parties have reached a settlement in principle and respectfully request that Your Honor dismiss this action with prejudice with the right to reopen in forty-five (45) days if the Settlement Agreement is not consummated. In light of the anticipated settlement, the undersigned respectfully requests all currently pending deadlines in this action be adjourned *sine die*.

      We thank the Court for its time and attention in this matter.

                                                               Respectfully submitted,
                                                        <u>*/s/Michael A. LaBollita, Esq.*</u>
                                                            Michael A. LaBollita, Esq.

cc: All counsel of record via ECF