UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

JAMES MURPHY, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

            Plaintiffs,

            v.

QUEENS UNIVERSITY OF CHARLOTTE,

            Defendant.
------------------------------------- x

No.: 1:23-cv-446

**NOTICE OF VOLUNTARY DISMISSAL**

      Plaintiff(s), JAMES MURPHY, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, QUEENS UNIVERSITY OF CHARLOTTE, with prejudice and without fees and costs.

Dated: New York, New York
       February 24, 2023

                                               **GOTTLIEB & ASSOCIATES**

                                               */s/Michael A. LaBollita, Esq.*

                                   Michael A. LaBollita, Esq., (ML-9985)
                                         150 East 18th Street, Suite PHR
                                                     New York, NY 10003
                                                          Phone: (212) 228-9795
                                                             Fax: (212) 982-6284
                                                          Michael@Gottlieb.legal

                                                       *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge